IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| DUC MINH TRAN, )<br>      Plaintiff, )<br> )<br>vs. )<br> )<br>THE CITY OF LAWRENCE; )<br>BRAD WILLIAMS, a police officer; and )<br>GREGORY C. BURNS, Police Chief; )<br>      Defendants. ) | Case № 2:21-cv-02310-KHV-RES |

**DEFENDANTS' CITY OF LAWRENCE and GREGORY C. BURNS'
MOTION FOR LEAVE TO EXCEED PAGE LIMITATION FOR REPLY BRIEF
<u>IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT</u>**

COME NOW, Defendants the City of Lawrence and Gregory C. Burns ("Lawrence Defendants", by and through their attorneys of record, respectfully request an Order granting them leave to file their Reply Memorandum in Support of their Motion for Summary Judgment (Doc 103) in excess of the page limitation set by D.Kan.R. 7.1(d)(2). The Lawrence Defendants need more than fifteen (15) total pages, inclusive of facts, to address Plaintiff's additional statements of fact as required by the Federal Rule of Civil Procedure 56 and D.Kan R. 56.1. In support of this Motion, the Lawrence Defendants state as follows:

    1.    Local Rule 7.1(d)(2) provides that reply briefs in support of motions for summary judgment should be no longer than 15 pages absent an order of the Court.

    2.    Plaintiff's response was 36 pages long and contained fifty-four (54) additional statements of fact. Several of which contain lengthy verbatim recitation of deposition testimony. (Doc. 121).

    3.    For the Lawrence Defendants to make a full presentation of their defenses with supporting record citations to the applicable law, to adequately address each fact Plaintiff attempts

to controvert in whole or in part as well as to address Plaintiff's additional facts, the Lawrence Defendants seek relief from the imposed page limitation. Granting this request would be reasonable and fair in light of the nature of this litigation.

4. The Lawrence Defendants anticipate needing an additional nine (9) pages, for a total of twenty-four (24) pages, for their Reply Memorandum in Support of Motion for Summary Judgment.

5. The Lawrence Defendants do not make this request for the purpose of delaying or burdening the Court but out of necessity to adequately address the claims and relief sought against them and to meet their obligations under Fed.R.Civ.P. 56 and D. Kan. 56.1.

6. Counsel for the Lawrence Defendants has conferred with counsel for Plaintiff regarding this request and Plaintiff has no objection to this request to exceed page limits.

WHEREFORE, Defendants City of Lawrence, Kansas and Gregory C. Burns respectfully request an Order allowing them to file their Reply Memorandum in Support of their Motion for Summary Judgment in excess of the fifteen (15) page total limitation

    Respectfully submitted,

    HINKLE LAW FIRM LLC
    8711 Penrose Lane, Suite 400
    Lenexa, Kansas 66219-8197
    913-345-9205/ FAX: 913-345-4832

    By: /s/ Michelle R. Stewart
    Michelle R. Stewart, mstewart@hinklaw.com   #19260
    Suzanne R. Bruss, sbruss@hinklaw.com   #22959
    Lindsey R. Freihoff, lfreihoff@hinklaw.com   #28560

    ATTORNEYS FOR DEFENDANTS
    THE CITY OF LAWRENCE; AND GREGORY C. BURNS

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 17 day of January, 2023, the foregoing *Motion For Leave To Exceed Page Limitation For Reply Brief In Support Of Their Motion For Summary Judgment* was filed electronically with the Clerk of the US District Court for the District of Kansas; and a copy was served via ECF electronic notification only via email on the following:

Kurt P. Kerns, #15028 (kurtpkerns@aol.com)
KERNS LAW GROUP
328 N. Main Street
Wichita, Kansas 67202
316-265-5511
    and
Sean M. McGivern, #22932 (sean@graybillhazlewood.com)
GRAYBILL & HAZLEWOOD, LLC
218 N. Mosley Street
Wichita, Kansas 67202
316-266-4058 / Fax: 316-462-5566
*Attorneys for Plaintiff*

Gregory P. Goheen (ggoheen@mvplaw.com)
MVP LAW
2700 Bi-State Drive, Suite 400
Kansas City, Missouri  64108
816-912-4446
*Attorneys for Defendant Brad Williams*

                                                  */s/ Michelle R. Stewart*
                                          ATTORNEYS FOR DEFENDANTS
                                          THE CITY OF LAWRENCE; AND GREGORY C. BURNS